**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

### Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Capital Gold Group Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | The Capital Gold Group<br>CGG |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0354930 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5850 Canoga Avenue Suite 400 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Woodland Hills        CA    91367 | |
| City                     State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number       Street |
| | |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.CapitalGoldGroup.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Capital Gold Group Inc.
_____        Case number (if known)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .

   _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                                 MM / DD / YYYY

        District _____   When _____   Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

        District _____   When _____
                                                          MM / DD / YYYY

        Case number, if known _____

| Debtor | Capital Gold Group Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                  State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

████ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/07/2019
MM / DD / YYYY

X _____ X Jonathan Rose
Signature of authorized representative of debtor       Printed name

Title President

**18. Signature of attorney**

X _____    Date 02/07/2019
Signature of attorney for debtor       MM / DD / YYYY

Sevan Gorginian, Esq.
Printed name
Law Office of Sevan Gorginian
Firm name
450 North Brand Blvd. Suite 600
Number     Street
Glendale       CA       91203
City       State       ZIP Code
818-928-4445       sevan@gorginianlaw.com
Contact phone       Email address

298986       CA
Bar number       State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 N. Brand Blvd. Suite 600<br>Glendale, CA 91203<br>T: 818.928.4445 I F: 818.928.4450<br>sevan@gorginianlaw.com | |

☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>**CAPITAL GOLD GROUP, INC.**<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 7 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Jonathan Rose ~~Jonathan Rose~~, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                     Page 1                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  _2 - 7 - 19_____          By:  _____
                                        Signature of Debtor, or attorney for Debtor

                                   Name:  _Jonathan Rose_____
                                        Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A that was filed with any such prior proceeding(s).)

    _____NONE_____

    _____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A that was filed with any such prior proceeding(s).)

    _____NONE_____

    _____

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)

    _____NONE_____

    _____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)

    _____NONE_____

    _____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ____Glendale____, California          X_____
                                                     Signature of Debtor

Date: ___2/7/19___                                _____
                                                     Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1                  F 1015-2.1.STMT.RELATED.CASES

Sevan Gorginian (SBN 298986)
**Law Office of Sevan Gorginian**
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
**Tel:** 818.928.4445 I **Fax:** 818.928.4450
**Email:** sevan@gorginianlaw.com

Debtor's Counsel

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| In re: | Bankruptcy No. |
|---|---|
| | Chapter 7 |
| **CAPITAL GOLD GROUP, INC.** | **CORPORATE RESOLUTION STATEMENT** |
| Debtor. | |

### STATEMENT REGARDING CORPORATE

WHEREAS, the undersigned, Jonathan Rose, is President of Capital Gold Group, Inc. ("the Corporation"). On or about December 20, 2018, the Corporation has been deemed insolvent and unable to pay its debts as they mature; and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code. As such, it is therefore:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

BE IT FURTHER RESOLVED that Jonathan Rose, President of the Corporation, is authorized by the Corporation and is directed to employ the Law Office of Sevan Gorginian to represent the Corporation in said bankruptcy proceedings.

BE IT FURTHER RESOLVED, that the undersigned hereby certifies that he is the duly elected and qualified President and/or Secretary and the custodian of the books and records and seal of the Corporation, a corporation duly formed pursuant to the laws of the state of California  and that the foregoing is a true record of a resolution duly adopted at a meeting of the officers and directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on February 1, 2019 ,and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as President and have hereunto affixed the corporate seal of the above-named Corporation this 1st of February of 2019.

1

### DECLARATION UNDER PENALTY OF PERJURY

I, Jonathan Rose, President of the Corporation named as debtor in this case, declare under
penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of
my knowledge, information and belief.

Date:    2/7/2019

Jonathan Rose, President

**Fill in this information to identify the case:**

Debtor name _____ Capital Gold Group Inc. _____

United States Bankruptcy Court for the: ___ Central District of California _____
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B* ........................................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $    2,394,800.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ....................................................................    $    2,394,800.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .......................    $    30,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................    $    9,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................    +$    1,065,478.45

4. **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b    $    1,104,478.45

**Fill in this information to identify the case:**

Debtor name ___Capital Gold Group Inc._____

United States Bankruptcy Court for the: __Central District of California___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Checking | Checking | ___ ___ ___ ___ | $ 0.00 |
| 3.2. See continuation sheet | | | $ 1,800.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 1,800.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. Delaware Depository Service Company (DDSC) # 27201 (no money, this company holds the tangible metals) | $ 30,000.00 |
| 7.2. Address: 3601 North Market St. Wilmington, DE 19802 [Delaware Depository is a SSAE-16 (Soc 1) approved organization | $ _____ |

Debtor    Capital Gold Group Inc._____    Case number *(if known)*_____
          Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $ 30,000.00 |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 8,100.00 | – | 8,100.00 | = ........➔ | $ 0.00 |
|---|---|---|---|---|---|
|  | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ........➔ | $ 0.00 |
|  | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 0.00 |

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1._____ | _____ | $_____ |
|---|---|---|
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Debtor _____Capital Gold Group Inc._____    Case number (if known)_____
          Name

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Metals (Gold/Silver/Palladium/Platinum) held in Delaware Depository for Client in Trust | 12/18/2018 MM / DD / YYYY | 30,000.00 $_____ Client Anna Dunham owns these metals, see schedule D Difficult to locate her. | Market Rate / Purchase Order | 30,000.00 $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$  30,000.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor _____Capital Gold Group Inc._____   Case number (if known)_____
                        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Chairs / Desks / Cabinest | $2,000.00 | Personal Knowledge / Internet | $2,000.00 |
| 40. **Office fixtures**<br>Air Conditioning Unit in IT Room (located at Oxnard Property)<br>This belongs to the Debtor but held by Douglas Emmett Property Managers | $20,000.00 | Douglas Emmett | $9,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $11,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor _____Capital Gold Group Inc._____    Case number (if known)_____
              Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 45,000.00 | _____ | $ 45,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                          $ 45,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Trademark for Capital Gold Group | $ 50,000.00 | Insider Officer's Best Estimate | 50,000.00 |
| **61. Internet domain names and websites**<br>Gold Capital Group Website (www.GoldCapitalGroup.c | $ 10,000.00 | Insider Officer's Best Estimate | 10,000.00 |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>Prospective Customer List for Precious Metals | $ 50,000.00 | Insider Officer's Best Estimate | 50,000.00 |
| **64. Other intangibles, or intellectual property**<br>Other Domain Names (40-50 in quantity) - Commodity | $ 50,000.00 | Insider Officer's Best Estimate | 50,000.00 |
| **65. Goodwill**<br>Goodwill and Business Name | $ 50,000.00 | Insider Officer's Best Estimate | 50,000.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $ 210,000.00

Debtor    Capital Gold Group Inc.       Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____   _____ – _____ = ➜  $_____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
Hughwood Insurance (NY) - Insurance for Metals/Ship    $ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See continuation sheet    $ 1,945,000.00
**Nature of claim**    _____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
See continuation sheet    $ 122,000.00
**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 2,067,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Debtor _____    Case number (if known)_____
 Capital Gold Group Inc.
 Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,800.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 30,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 210,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,067,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 2,394,800.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    2,394,800.00 ...........................................    $ 2,394,800.00

Debtor 1  Capital Gold Group Inc.

First Name  Middle Name  Last Name        Case number (if known)_____

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Wells Fargo Savings      Savings
Account # 2**

**Balance: 0.00**

**Wells Fargo Savings # 1    Savings**

**Balance: 0.00**

**Wells Fargo Checking      Checking              0134**

**Balance: 0.00**

**Citi National Bank      Checking
(Checking)**

**Balance: 1,800.00**

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Printers / Monitors / Vending Machine** | 5,000.00 | **Online Valuation** | 5,000.00 |
| **File Cabinets / Office Chairs / Cubicles** | 25,000.00 | **Best Estimate per Online Research** | 25,000.00 |
| **9x Telephones / 10x Computers** | 15,000.00 | **Online Evaluation** | 15,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| **Claim against Wells Fargo for the "data warranty breach" which caused $195k loss to Debtor which led to this bankruptcy** | **Breach of fiduciary duties / Breach of Contract / Negligence** | 195,000.00 | 195,000.00 |

NOTE:  This is what caused the Debtor to become essentially insolvent and close its doors in December of 2018. Wells Fargo should be held responsible because WF said a client's check was good for its funds, debtor deposited it then a few days/weeks later the bank took back its $195,000 and said "data warranty breach."  However, the debtor had already sold the fraudulent client its gold. There exists a claim against Wells Fargo for its negligence and breach of duty.

| | | | |
|---|---|---|---|
| **Claim against Westwood Rare Coins (William Dominic)** | **Embezzlement / Conversion (defendant didn't give back deposit owed to corporation)** | 50,000.00 | 50,000.00 |
| **Claim against Midas Gold Group and Messrs. Clark and Russo (former salespeople) who poached clients of** | **Breach of fiduciary / Conversion / Embezzlement** | 500,000.00 | 500,000.00 |

NOTE:  Upon realizing the Debtor is going to close, two employees opened up a new business called Midas Gold Group and began poaching clients and stealing the Debtor's trade secrets.  Claim exists against these two former employees for embezzlement / breach of fiduciary duty / conversion / breach of NDA / etc.

| Debtor 1 | Capital Gold Group Inc. | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Continuation Sheet for Official Form 206 A/B

debtor

| 2011 Judgment Against Steve Nortier | 2011 Judgment entered on behalf of Debtor and against Steven Nortier and Michael Thomas Media Group LLC. Debtor's state court counsel is Skousen Law at 310-277-0444. | 1,000,000.00 | 1,000,000.00 |
| Cause of Action against Former Employee (Joe Unger) and West Hills Capital | Breach of Fiduciary Duty / Conversion / Embezzlement / Breach of Contract | 200,000.00 | 200,000.00 |

75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| Debtor's 401(k) Contribution (Safe Harbor Contribution) | Funds held in Benetech, Inc. or 401(k); amount unknown but will amend | 0.00 | Unknown |
| Manny Madrano, Esq. | Legal retainer for Debtor's counsel re: Commodity Future Trading Commission matter | 2,000.00 | 2,000.00 |
| Money owed to Debtor on account of judgement re: former counsel Mahmoud Nasif Esq. and Law Offices of McKinney Wills & Mahm | Judgment in favor of Debtor from 2008; uncollected. | 50,000.00 | 50,000.00 |
| Douglas Emmett Security Deposit | Security Deposit Held by Douglas Emmett (former landlord) | 50,000.00 | 50,000.00 |
| Douglas Emmett (former landlord) has in possession debtor's cubicles in Oxnard | Cubicles held at former office (21700 Oxnard, Suite 600) | 20,000.00 | 20,000.00 |

**Fill in this information to identify the case:**

Debtor name    Capital Gold Group Inc.

United States Bankruptcy Court for the:    Central District of California of _____
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Creditor's name**

Anna Dunham

**Creditor's mailing address**

11242 Ringwood Avenue

Santa Fe Springs, CA 90670

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

Metals (Gold / Silver / Palladium / Platinum)
Held as Depository for Clients in Trust

**Describe the lien**

Based on purchase agreement, these metals belong to this creditor.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 30,000.00

Column B: $ 30,000.00

**2.2**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

$ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 30,000.00

Debtor      Capital Gold Group Inc.
_____      Case number *(if known)*_____
            Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

| Fill in this information to identify the case: |
|---|

Debtor      Capital Gold Group Inc.

United States Bankruptcy Court for the:    Central District of California

Case number
(If known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
    3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
California Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA, 94280

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2017/2018

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** **Priority creditor's name and mailing address**
City of LA Office of Finance
Special Desk Unit
200 N. Spring St, Room 101
Los Angeles, CA, 90012

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2018

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** **Priority creditor's name and mailing address**
Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA, 95812

As of the petition filing date, the claim is: $5,000.00    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2017

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Capital Gold Group Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4  Priority creditor's name and mailing address**

I.R.S.
P.O. Box 7346
Philadelphia, PA, 19101

$ 4,000.00      $ 4,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2017/2018

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5  Priority creditor's name and mailing address**

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA, 90054

$ 0.00      $ 0.00
Notice Purpose

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Notice Purpose

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 4930

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6  Priority creditor's name and mailing address**

State Board of Equalization
Special Operations Bankruptcy Team, MIC 74
PO Box 942879
Sacramento, CA, 94279

$ Notice Purpose      $ Notice Purpose

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.  Priority creditor's name and mailing address**

$_____      $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Capital Gold Group Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Adaptium Technology
4901 Morena Blvd. # 131
San Diego, CA, 92117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ADT Security Services, Inc.
1 Town Center Rd.
Boca Raton, FL, 33486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Agoura Self Storage
29301 Agoura Road
Agoura Hills, CA, 91301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Storage Services

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Allan F Powell
8 Glencoe Pl Apt 109
Dunedin, FL, 34698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 16,192.56

**Date or dates debt was incurred** 11/26/2018

**Last 4 digits of account number** SO58743

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Angela Seidel
7154 N. Vida De La Montana
Scottsdale, AZ, 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 13.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** CBE-22009

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Anne Cattelle
7708 Royal Lane #D
Dallas, TX, 75230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Loaned in Advance

$ 17,993.68

**Date or dates debt was incurred** 11/29/2018

**Last 4 digits of account number** IBG-22056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Capital Gold Group Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

Armanino
Attn: Legal Dept.
777 South Figueroa St. # 2600
Los Angeles, CA, 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

$ Unknown

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8 Nonpriority creditor's name and mailing address**

Authorized.Net
PO Box 947
American Fork, UT, 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Processing Co.

$ 129.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9 Nonpriority creditor's name and mailing address**

Barrister Executive Suites
5850 Canoga Ave.
Woodland Hills, CA, 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Back Rent

$ 500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    01/2019

Last 4 digits of account number _____

---

**3.10 Nonpriority creditor's name and mailing address**

Benjamin Galinsky
21311 Mulholland Drive
Woodland Hills, CA 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Labor Commission Suit

$ 150,000.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    2018

Last 4 digits of account number _____

---

**3.11 Nonpriority creditor's name and mailing address**

Betty Foster
753 Green Tree Way
Twin Falls, ID, 83301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Good Loaned in Advance

$ 24,241.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/30/2018

Last 4 digits of account number    Equity Institutional

---

| Debtor | Capital Gold Group Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Carol Mulstay
21650 Temescal Canyon Rd, #87
Corona, CA, 92883

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,045.70

Basis for the claim: Good Loaned in Advance

Date or dates debt was incurred    12/4/2018

Last 4 digits of account number    Strata Trust 20120

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Carol Tanda
13212 Lefloss Avenue
Norwalk, CA, 90650

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60.69

Basis for the claim: Refund

Date or dates debt was incurred

Last 4 digits of account number    RCF-21962

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

CSC-Delware
251 Little Falls Drive
Wilmington, DE, 19808

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 368.00

Basis for the claim: Services

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Davinci Virtual, LLC
2150 South 1300 East # 200
Salt Lake City, UT, 84106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Services

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Delaware Depository Service Co.
3601 North Market St.
Wilmington, DE, 19802

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Services

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Capital Gold Group Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Dennis Aragon
1783 Crystal Stream Avenue
Henderson, NV, 89012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 2,577.00

Date or dates debt was incurred    11/8/2018
Last 4 digits of account number    KYH-22048

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Dennis B Aragon
1783 Crystal Stream Avenue
Henderson, NV, 89012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 5,382.38

Date or dates debt was incurred    11/15/2018
Last 4 digits of account number    SO58548

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Dennis Rice
3482 E 136th Place
Thornton, CO, 80602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 6,835.74

Date or dates debt was incurred    11/19/2018
Last 4 digits of account number    CGG009139 Kingc

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Donald G. Gilmore
4748 Billie J Drive
Augusta, GA, 30909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 21,946.35

Date or dates debt was incurred    11/6/2018
Last 4 digits of account number    SO58276

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Edward W Mosser
125 Paul Revere Run
Dothan, AL, 36305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 6,000.00

Date or dates debt was incurred    11/7/2018
Last 4 digits of account number    SO58325

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Capital Gold Group Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

Fisher Phillips
444 S. Flower Street # 1500
Los Angeles, CA, 90071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.23**  Nonpriority creditor's name and mailing address

Florence Mikulla
609 Blackthorne Drive
Chesapeake, VA, 23322

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 14,238.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/26/2018
Last 4 digits of account number    Equity Institutional

---

**3.24**  Nonpriority creditor's name and mailing address

Frances Von Duyke
5611 Heming Avenue
Springfield, VA, 22151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 1,104.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/20/2018
Last 4 digits of account number    Equity Institutional

---

**3.25**  Nonpriority creditor's name and mailing address

Gerald Melton
2715 K Street
Belleville, KS, 66935

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 16.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    DOR-21847

---

**3.26**  Nonpriority creditor's name and mailing address

Gertrudes Adan
910 Keith Lane
Santa Clara, CA, 95054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 10,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/30/2018
Last 4 digits of account number    SO58913

---

| Debtor | Capital Gold Group Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Gloria Soto
252 North Belmont Avenue, Apt A
Los Angeles, CA, 90026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 2,132.90

Date or dates debt was incurred   12/3/2018

Last 4 digits of account number   Equity Institutional

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Gregg Mickelson
6905 Forest Gate Street
North Las Vegas, NV, 89084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 7,385.00

Date or dates debt was incurred   11/20/2018

Last 4 digits of account number   SO58620

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Griken Ridge LLC
c/o Robin Griffin
6119 Ellen Drive
Pearland, TX, 77581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 19.92

Date or dates debt was incurred

Last 4 digits of account number   IKK-21904

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

James Starr
175 Christenbury Lane
Clayton, NC, 27527

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 13,643.70

Date or dates debt was incurred   11/16/2018

Last 4 digits of account number   New direction 111

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Joan Leifheit
3035 Port Royal Lane
Knoxville, TN, 37938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 21.13

Date or dates debt was incurred

Last 4 digits of account number   DQW-21953

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Capital Gold Group Inc.
_____     Case number (if known)_____
            Name

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

John Blair
2971 Leatherwood Drive
Kountze, TX, 77625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 23,800.89

| Date or dates debt was incurred | 11/6/2018 |
| Last 4 digits of account number | SO58283 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

John Blair
2971 Leatherwood Dr.
Kountze, TX, 77625

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 140.89

| Date or dates debt was incurred | |
| Last 4 digits of account number | VCC-22036 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Juanita Douse
2425 W. 115th Place
Hawthorne, CA, 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 190.00

| Date or dates debt was incurred | |
| Last 4 digits of account number | DGE-22011 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Judy Ball
15420 Olde Hwy 80 # 247

El Cajon, CA, 92021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 3.25

| Date or dates debt was incurred | |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Karen Duran
1421 S. Sherman Street
Longmont, CO, 80501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Good Loaned in Advance

$ 17,737.50

| Date or dates debt was incurred | 11/15/2018 |
| Last 4 digits of account number | Equity Institutional |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Capital Gold Group Inc.
_____
         Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** **Nonpriority creditor's name and mailing address**

Karen L Hill
159 Bar M Ranch
Kendalia, TX, 78027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,050.15

| **Date or dates debt was incurred** | 11/20/2018 |
| **Last 4 digits of account number** | SO58674 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Kay Wilson
9254 Robinson Lane
Corona, CA, 92283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Good Loaned in Advance

$ 20,722.60

| **Date or dates debt was incurred** | 11/2/2018 |
| **Last 4 digits of account number** | Gold Star T10006 |

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

Leslie D. Haugstad
13535 Highway 101 South
Tillamook, OR, 97141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 46.76

| **Date or dates debt was incurred** | _____ |
| **Last 4 digits of account number** | _____ |

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Lou Martinez (NO ADDRESS)

Debtor will amend when address is discovered.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Good Loaned in Advance

$ 0.00

| **Date or dates debt was incurred** | 12/11/2018 |
| **Last 4 digits of account number** | Strata Trust 20131 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

Louis Galynsky
21311 Mulholland Drive
Woodland Hills, CA, 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Labor Commission Proceeding

$ 179,000.00

| **Date or dates debt was incurred** | 3/2018 |
| **Last 4 digits of account number** | WC-CM-484998 |

**Is the claim subject to offset?**
✓ No
☐ Yes

---

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42**   Nonpriority creditor's name and mailing address

Magali de la Torre Living Trust
3651 Berkshire Road
Pico Rivera, CA, 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/29/2018
Last 4 digits of account number    SO58872

$ 70,095.20

---

**3.43**   Nonpriority creditor's name and mailing address

Mark Maranto
519 32nd Ave. North
Saint Petersburg, FL, 33704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** REfund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number    GZI-21851

$ 67.00

---

**3.44**   Nonpriority creditor's name and mailing address

Mark Stout
2002 Brandt Road
Annville, PA, 17003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number    DHO-21941

$ 11.62

---

**3.45**   Nonpriority creditor's name and mailing address

Michael Jung
N 7112 Fordeg Rd Cambria
Cambria, WI, 53923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/20/2018
Last 4 digits of account number    SO58671

$ 8,859.00

---

**3.46**   Nonpriority creditor's name and mailing address

Michael Kilcommons
151 Punkup Road, Oxford
Oxford, CT, 06478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    11/14/2018
Last 4 digits of account number    SO58494

$ 5,445.00

---

Debtor    Capital Gold Group Inc.
_____
     Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47**  Nonpriority creditor's name and mailing address

Michael S Driscoll
6342 Orangewood Trail
Saint Louis, MO, 63129

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$ 19,176.00

| Date or dates debt was incurred | 11/20/2018 |
|---|---|
| Last 4 digits of account number | OWT-21972 |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.48**  Nonpriority creditor's name and mailing address

Michelle Oliver (NO ADDRESS)

Debtor will amend when address is discovered.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Good Loaned in Advance

$ 34,506.00

| Date or dates debt was incurred | 11/15/2018 |
|---|---|
| Last 4 digits of account number | . . |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.49**  Nonpriority creditor's name and mailing address

MK Heating & Air
21354 Nordhoff St. # 109
Chatsworth, CA, 91311

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Utility Services

$ Unknown

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.50**  Nonpriority creditor's name and mailing address

MLM 2016 Investment LLC
c/o Michael Morganthaler
3368 NW 172nd Terrace
Bray, OK, 73012

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: IRA Fund c/o Custodian

$ 48.63

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | IUF-21977 |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address

Neicies 2016 LLC
FBO Denise Morganthaler
3368 NW 172nd Terrace
Bray, OK, 73012

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: IRA Fund c/o Custodian

$ 392.61

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | OYS-21976 |

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    Capital Gold Group Inc.
_____    Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 52  **Nonpriority creditor's name and mailing address**

Patti Dean G Wohlford
1027 Via Grande
Cathedral City, CA, 92234

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,565.38

Date or dates debt was incurred    12/3/2018
Last 4 digits of account number    SO58939

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Paul A Shuty
20255 Sandalwood Lane
Strongville, OH, 44149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 17,385.00

Date or dates debt was incurred    12/11/2018
Last 4 digits of account number    SO59153

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Peggy S. Ramsey
101 Stadium View Drive
Greenville, SC, 29609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Good Loaned in Advance

$ Unknown

Date or dates debt was incurred    12/12/22018
Last 4 digits of account number    Strata Trust 20142

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 55  **Nonpriority creditor's name and mailing address**

Phil Mocon
1741 E. 141st Avenue
Brighton, CO, 80602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,093.00

Date or dates debt was incurred    11/28/2018
Last 4 digits of account number    SO58823

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Pitney Bowes
PO Box 371887
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Postage Machine Service

$ Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 13 of 19

| Debtor | Capital Gold Group Inc. | | |
|---|---|---|---|
| | Name | | Case number (if known) |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57  Nonpriority creditor's name and mailing address**

PR Newswire Association
c/o Michael D. Frischer
14226 Ventura Blvd.
Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Unknown

**Basis for the claim:** Pending Lawsuit (see SOFA)

Date or dates debt was incurred    07/1/2018
Last 4 digits of account number    18CHLC20944

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.58  Nonpriority creditor's name and mailing address**

Robert Nicoll
24826 Jeronimo Lane
Lake Forest, CA, 92630

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,545.35

**Basis for the claim:** Good Loaned in Advance

Date or dates debt was incurred    11/29/2018
Last 4 digits of account number    Equity Institutiona

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.59  Nonpriority creditor's name and mailing address**

Roseline Nath
4697 Tudor Rose Glen
Stockton, CA, 95212

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,624.00

**Basis for the claim:** Good Loaned in Advance

Date or dates debt was incurred    11/15/2018
Last 4 digits of account number    Equity Institutional

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.60  Nonpriority creditor's name and mailing address**

Rosolino Giamanco
1126 Patricia Dr.
Loveland, CO, 80537

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 155.61

**Basis for the claim:** Refund

Date or dates debt was incurred    
Last 4 digits of account number    OVH-21999

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.61  Nonpriority creditor's name and mailing address**

Sally Tower
739 Rodgers Circle
Platteville, CO, 80651

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 63.20

**Basis for the claim:** Refund

Date or dates debt was incurred    
Last 4 digits of account number    JWM-21971

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    Capital Gold Group Inc.
_____    Case number (if known)_____
                Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Salvatore Pronesti
28 N. Frontenac Avenue
Margate City, NJ, 08402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 34.63

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    XSL-21981

---

**3.63** Nonpriority creditor's name and mailing address

Sharon Nycum
19117 Vista Grande Way
Porter Ranch, CA, 91326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 8,870.94

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/20/2018
Last 4 digits of account number    SO58672

---

**3.64** Nonpriority creditor's name and mailing address

Shawn Patrick Jackson
21 Fieldhouse
Ladera Ranch, CA, 92694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 25,346.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    11/20/2018
Last 4 digits of account number    SO58676

---

**3.65** Nonpriority creditor's name and mailing address

Sheldon Fisher
728 Fleetwood Dr.
Kingsport, TN, 37660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 129.82

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    TJC-21951

---

**3.66** Nonpriority creditor's name and mailing address

Sparkletts
PO Box 660579
Dallas, TX, 75266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 144.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 67**   **Nonpriority creditor's name and mailing address**

Spectrum
PO Box 60074
City Of Industry, CA, 91716

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3. 68**   **Nonpriority creditor's name and mailing address**

Stephanie Disler
2976 Oak Hill Drive
Escondido, CA, 92027

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Good Loaned in Advance

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   11/27/2018
Last 4 digits of account number _____

$ 4,578.61

---

**3. 69**   **Nonpriority creditor's name and mailing address**

Taylor Business Systems
21822 Lassen St. Unit B
Chatsworth, CA, 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Tech Services / Computers

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3. 70**   **Nonpriority creditor's name and mailing address**

Ted Kropp
363 Bay Shore Avenue
Long Beach, CA, 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred   12/10/2018
Last 4 digits of account number   SO59125

$ 12,462.75

---

**3. 71**   **Nonpriority creditor's name and mailing address**

Thomas Mc Dermeit
P.O. Box 3172, Salem OR 97302
Salem, OR, 97302

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   12/10/2018
Last 4 digits of account number   SO59124

$ 8,813.75

---

| Debtor | Capital Gold Group Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72**  Nonpriority creditor's name and mailing address

Ulla McKinney-Zachary
175 South Garden Way, Apt #217
Eugene, OR, 97401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

**$ 16,576.90**

Date or dates debt was incurred    11/9/2018
Last 4 digits of account number    SO58389

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73**  Nonpriority creditor's name and mailing address

Ulla McKinney-Zachary
175 South Garden Way, Apt #217
Eugene, OR, 97401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

**$ 5,575.00**

Date or dates debt was incurred    11/2/2018
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74**  Nonpriority creditor's name and mailing address

Upstate Coin & Gold
511 E. Genesee St. Suite 13
Fayetteville, NY, 13066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

**$ 233,206.71**

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75**  Nonpriority creditor's name and mailing address

William Dick
11360 Stratton Road
Salem, OH, 44460

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

**$ 7,825.00**

Date or dates debt was incurred    12/6/2018
Last 4 digits of account number    SO59044

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76**  Nonpriority creditor's name and mailing address

Yvette Nicoll
24826 Jeronimo Lane, Lake Forest, CA 92630
Lake Forest, CA, 92630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Good Loaned in Advance

**$ 7,342.30**

Date or dates debt was incurred    11/29/2018
Last 4 digits of account number    Equity Insitutional

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Capital Gold Group Inc.
_____
     Name

Case number (if known)_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Adaptium, Inc. Attn: Richard Clarke 3755 Avocado Blvd. # 1000 La Mesa, CA, 91941 | Line 3.1 ☐ Not listed. Explain: | _____ |
| 4.2. | ADT Security Services 21171 S. Western Ave. Torrance, CA, 90501 | Line 3.2 ☐ Not listed. Explain | _____ |
| 4.3. | ADT Services HQ 1501 Yamato Rd. Boca Raton, FL, 33431 | Line 3.2 ☐ Not listed. Explain | _____ |
| 4.4. | PR Newswire Association 350 Hudson Street  Suite 300 New York, NY, 10014 | Line 3.57 ☐ Not listed. Explain | _____ |
| 4.1. | Rostislav Kaykov Esq. c/o Benjamin Galynsky 4221 Wilshire Blvd. Suite 170-16 Los Angeles, CA, 90010 | Line 3.41 ☐ Not listed. Explain | _____ |
| 4.5. | Thomas Mc Dermeit 432 Snoopy Lane NE Salem, OR, 97301 | Line 3.71 ☐ Not listed. Explain | 9124 |
| 4.6. | Time Warner Cable Attn: Legal Dept or Corporate Officer 1 Time Warner Center New York, NY, 10019 | Line 3.67 ☐ Not listed. Explain | _____ |
| 4.7. | Time Warner Cable Inc. 60 Columbus Circle New York, NY, 10023 | Line 3.67 ☐ Not listed. Explain | _____ |
| 4.8. | U.S. Commodities Futures Trading Commission 4900 Main Street Suite 500 Kansas City, MO, 64112 | Line ____ ☑ Not listed. Explain No Debt Identified At Moment | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

Debtor     Capital Gold Group Inc.
_____
Name

Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 9,000.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 1,065,478.45 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,074,478.45 |

**Fill in this information to identify the case:**

Debtor name    Capital Gold Group Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (if known): _____    Chapter  7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Leasehold interest in shared space at Barrister Executive Suites (month to month) Lessee | Barrister Executive Suites 5850 Canoga Ave., 4th and 5th Floors Woodland Hills, CA, 91367 |
| | **State the term remaining** | 1 month | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreements with clients re: purchase/sell re: metals and funds  Some agreements are active meaning some clients are owed money from liquidation. | All Affected Buyers/Consingee's on Schedule F See Schedule F for full list |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name __Capital Gold Group Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

```
┌─────────────────────────────────────────────────────────┐
│ Fill in this information to identify the case and this filing: │
│                                                         │
│ Debtor Name _____ │
│                                                         │
│ United States Bankruptcy Court for the: _____ District of _____ │
│                                                        (State)  │
│ Case number (If known):   _____            │
└─────────────────────────────────────────────────────────┘
```

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration  *Corporate Resolution*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/7/19          ✗ _____
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

                                    _____
                                    Printed name

                                    _____
                                    Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___Capital Gold Group Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____0.00 |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ ___15,384,457.82 |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | ___27,733,177.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Barrister Executive Suites | 12/2018 | $ 1,500.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 5850 Canoga Ave. | 11/2018 | | ☐ Suppliers or vendors |
| | Woodland Hills, CA 91367 | | | ☐ Services |
| | | 10/2018 | | ☒ Other Other |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Siniva Walker | 12/2018 | $ 351,170.81 | Ms. Walker was the debtor's former corporate officer and received payments in ordinary course for her employment and responsibilities. Plus she received commissions. |
| | Insider's name | 11/2018 | This amount is for entire 1 year (2018). | |
| | | 10/2018 | Debtor ceased 12/2018 | |
| | Relationship to debtor | | | |
| | Debtor's CFO/Officer | | | |
| 4.2. | Jonathan Rose | | | Debtor's President/CEO; salary income and reimbursements |
| | Insider's name | 12/2018 | $ 956,239.88 | |
| | 31654 Broad Beach Road | 11/2018 | This amount is for entire 1 year (2018). | |
| | Malibu, CA 90265 | 10/2018 | Debtor ceased 12/2018 | |
| | Relationship to debtor | | | |
| | Debtor's President | | | |

Debtor    Capital Gold Group Inc.
_____    Case number (if known)_____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PR Newswire v. Capital Gold Group | Breach of Contract, Collections, etc. | Los Angeles Superior Court (Chatsworth Courthouse) | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 18CHLC20944 _____ | | 9425 Penfield Ave Chatsworth, CA 91311 | |
| 7.2. | Galinsky v. Capital Gold Group | Labor dispute from prior employe[e] | **Court or agency's name and address** California Dept. Industrial Relations (Labor Commission) | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** WC-CM-484998 _____ | | 6150 Van Nuys Blvd. Room 206 Van Nuys, CA 91401 | |

| Debtor | Capital Gold Group Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

---

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Salvation Army _____ Recipient's name 21381 Roscoe Blvd, Canoga Park, CA 91304 Canoga Park, CA 91304 | Debtor's representative's donated cabinets and office furniture belonging to debtor to the Salvation Army (estimated value $2,000) | 02/2018 | $2,000.00 |
| **Recipient's relationship to debtor** None _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:**  **Certain Losses**

---

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Wells Fargo rescinded $195,000 of Debtor's funds due to a "data warranty breach" re: possible white collar crime involving individuals who presented check to the debtor which  the bank thereafter rescinded thereby causing loss of $195,000 and leading debtor to file this case due to cashflow. | 0.00 | 09/2018 | $195,000.00 |

Debtor    Capital Gold Group Inc.
_____    Case number (if known)_____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Law Office of Sevan Gorginian | Jonathan Rose personal funds | 02/2019 | $ 7,500.00 |
| **Address** 450 N. Brand Blvd. Suite 600 Glendale, CA 91203 | | | |
| **Email or website address** sevan@gorginianlaw.com | | | |
| **Who made the payment, if not debtor?** Jonathan Rose | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** _____ | | | |

Debtor _____Capital Gold Group Inc._____    Case number (if known)_____
                Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Capital Gold Group | This was merely an intermediary routine transfer of funds from Wells Fargo to Siniva Walker (Debtor's CFO) then to Citi National Bank Account of Debtor. | 9/2018 | $ 65,500.00 |
| **Address** <br> 5850 Canoga Ave. # 400 <br> Woodland Hills, CA 91367 | | | |
| **Relationship to debtor** <br> CFO to Debtor | | | |
| 13.2. **Who received transfer?** <br> Siniva Walker | None | 09/28/2018 | $ 65,500.00 |
| **Address** <br> 20219 Parthenia Street <br> WInnetka, CA 91306 | | | |
| **Relationship to debtor** <br> CFO of Corporation | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. 21700 Oxnard Street # 600 <br> Woodland Hills, CA 91367 | From | 07/2005 | To | 07/2018 |
| 14.2. | From | _____ | To | _____ |

Debtor    Capital Gold Group Inc.    Case number (if known)_____
             _____
             Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Client IRA's with social security numbers

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| TransAmerica | EIN: _____ |

    Has the plan been terminated?

    ☐ No

    ☑ Yes

---

| Debtor | Capital Gold Group Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo Checking<br>Name<br>21108 Ventura Blvd.<br>Woodland Hills, CA 91365 | XXXX– 0134 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/20/2018 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Space Storage<br>Name<br>Chatsworth, CA | Siniva Walker | File Cabinets / Chairs / Paper Goods / Computer and Office Equipment | ☑ No<br>☐ Yes |
| Address | | | |

Debtor    Capital Gold Group Inc.
_____    Case number (if known)_____
Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Anna Dunham<br>11242 Ringwood Ave.  Santa Fe Springs, CA 90670<br>Name | Delaware Bank Depository | Precious Metals (held in Delaware depository for client)<br>This client, Anna Dunham   purchased metals but never retrieved them.  The metals at the Delaware Depository belong to her.  See Schedule B. | $ 30,000.00 |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor _____Capital Gold Group Inc._____     Case number *(if known)*_____
               Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

Debtor     Capital Gold Group Inc.                                 Case number (if known)_____
_____
Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Armanino LLP<br>Name<br>11766 Wilshire Boulevard, Ninth Floor Los Angeles, CA 90025 | From 12/01/2008<br>To 12/18/2018 |
| 26a.2.  <br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Armanino LLP<br>Name<br>11766 Wilshire Boulevard, Ninth Floor Los Angeles, CA 90025 | From _____<br>To _____ |
| 26b.2.  <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Armanino LLP<br>Name<br>11766 Wilshire Boulevard, Ninth Floor Los Angeles, CA 90025 | |

Debtor    Capital Gold Group Inc.
_____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Siniva Walker<br>          Name<br>          20219 Parthenia Street Winnetka, CA | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.  _____<br>          Name |

| Name and address |
|---|
| 26d.2.  _____<br>          Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  _____<br>         Name |

Debtor   Capital Gold Group Inc.
_____    Case number (*if known*)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Rose | 31654 Broad Beach Road, Malibu, CA 90265 | President / Owner | 100 |
| Siniva Walker | 20219 Parthenia Street, Winnetka, CA 91306 | CFO | 0 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. *See Above SOFA # 4 and 28* | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Capital Gold Group Inc.
          _____    Case number (if known)_____
          Name

|  | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ | _____ | _____ |
|  | Name | | _____ |
|  |  | | _____ |
|  |  | | _____ |
|  | Relationship to debtor | | _____ |
|  | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| TransAmerica | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/07/2019
               _____
               MM / DD / YYYY

✗ _____        Printed name  Jonathan Rose
  Signature of individual signing on behalf of the debtor                      _____

  Position or relationship to debtor  President
                                      _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name ___Capital Gold Group Inc._____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**20) Off-premises storage**

**Delaware Bank Depository**                    ,

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian (SBN 298986)<br>Law Office of Sevan Gorginian<br>450 North Brand Boulevard, Suite 600<br>Glendale, California 91203<br>T: 818.928.4445  F: 818.928.4450<br>E: sevan@gorginianlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: |
|---|---|
| | CHAPTER: **7** |
| **CAPITAL GOLD GROUP, INC.** | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _16_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

NOTE:  There are 2 creditors which the address is currently unknown to debtor.  Will amend when address is discovered.  Creditors are listed on Schedule F.

Date: X 2/7/19 _____    _____
                                 Signature of Debtor 1

Date: _____    _____
                                 Signature of Debtor 2 (joint debtor) (if applicable)

Date: 2/7/19 _____    _____
                                 Signature of Attorney for Debtor (if applicable)

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                 **F 1007-1.MAILING.LIST.VERIFICATION**

**ADT Security Services**
**21171 S. Western Ave.**
**Torrance, CA 90501**


**ADT Security Services, Inc.**
**1 Town Center Rd.**
**Boca Raton, FL 33486**


**ADT Services HQ**
**1501 Yamato Rd.**
**Boca Raton, FL 33431**


**AIS Portfolio Services**
**1212 Corporate Drive, Suite 400**
**Irving, TX 75038**


**Adaptium Technology**
**4901 Morena Blvd. # 131**
**San Diego, CA 92117**


**Adaptium, Inc.**
**Attn: Richard Clarke**
**3755 Avocado Blvd. # 1000**
**La Mesa, CA 91941**


**Agoura Self Storage**
**29301 Agoura Road**
**Agoura Hills, CA 91301**

Allan F Powell
8 Glencoe Pl Apt 109
Dunedin, FL 34698


Angela Seidel
7154 N. Vida De La Montana
Scottsdale, AZ 85258


Anna Dunham
11242 Ringwood Avenue
Santa Fe Springs, CA 90670


Anne Cattelle
7708 Royal Lane #D
Dallas, TX 75230


Armanino
Attn: Legal Dept.
777 South Figueroa St. # 2600
Los Angeles, CA 90017


Authorized.Net
PO Box 947
American Fork, UT 84003


Bank of America
P.O. Box 982238
El Paso, TX 79998


Barrister Executive Suites
5850 Canoga Ave., 4th and 5th Floors
Woodland Hills, CA 91367

Barrister Executive Suites
5850 Canoga Ave.
Woodland Hills, CA 91367


Benetech, Inc.
c/o Brent House
4291 Austin Bluffs Parkway # 105
Colorado Springs, CO 80918


Benjamin Galinsky
21311 Mulholland Drive.
Woodland Hills, CA 91364


Betty Foster
753 Green Tree Way
Twin Falls, ID 83301


CSC—Delware
251 Little Falls Drive
Wilmington, DE 19808


California Dept. of Tax and Fee Administration
Attn: Director Nicolas Maduros or Bk Dept
PO Box 942879
Sacramento, CA 94279


California Dept. of Tax and Fees Administratin
Attn: Bankruptcy Dept or Director Maduro
450 N Street
Sacramento, CA 95814


California Employment Dev. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Capital One Bank, N.A. (HQ)
4851 Cox Road
Glen Allen, VA 23060


Carol Mulstay
21650 Temescal Canyon Rd, #87
Corona, CA 92883


Carol Tanda
13212 Lefloss Avenue
Norwalk, CA 90650


Cavalry Portfolio Services
500 Summit Lake Drive, Suite 400
Attn: Customer Care
Valhalla, NY 10595


Chase Auto Finance
P.O. Box 78101
Phoenix, AZ 85062


Chase Bank
201 North Walnut Street
Wilmington, DE 19801


City of LA Office of Finance
Special Desk Unit
200 N. Spring St, Room 101
Los Angeles, CA 90012


Comenity Bank (Headquarters)
One Righter Parkway, Suite 100
Wilmington, DE 19803

**Comenity Capital Bank (BK  Dept)**
**P.O. Box 182125**
**Columbus, OH 43218**


**Commodity Futures Trading Commission**
**Three Lafayette Centre**
**1155 21st Street, NW**
**Washington, DC 20581**


**Commodity Futures Trading Commission**
**525 West Monroe Street Suite 1100**
**Chicago, IL 60661**


**Davinci Virtual, LLC**
**2150 South 1300 East # 200**
**Salt Lake City, UT 84106**


**Delaware Depository Service Co.**
**3601 North Market St.**
**Wilmington, DE 19802**


**Dennis Aragon**
**1783 Crystal Stream Avenue**
**Henderson, NV 89012**


**Dennis B Aragon**
**1783 Crystal Stream Avenue**
**Henderson, NV 89012**


**Dennis Rice**
**3482 E 136th Place**
**Thornton, CO 80602**

**Discover Financial Services LLC**
**PO Box 15316**
**Wilmington, DE 19850**


**Donald G. Gilmore**
**4748 Billie J Drive**
**Augusta, GA 30909**


**Edward W Mosser**
**125 Paul Revere Run**
**Dothan, AL 36305**


**Equifax**
**P.O. Box 740256**
**Atlanta, GA 30374**


**Experian**
**P.O. Box 4500**
**Allen, TX 75013**


**FTB Los Angeles Field Office**
**300 S. Spring Street # 5704**
**Los Angeles, CA 90013**


**Fisher Phillips**
**444 S. Flower Street # 1500**
**Los Angeles, CA 90071**


**Florence Mikulla**
**609 Blackthorne Drive**
**Chesapeake, VA 23322**

**Frances Von Duyke**
**5611 Heming Avenue**
**Springfield, VA 22151**


**Franchise Tax Board**
**Bankruptcy Section MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812**


**Franchise Tax Board**
**PO Box 942840**
**Sacramento, CA 94240**


**Gerald Melton**
**2715 K Street**
**Belleville, KS 66935**


**Gertrudes Adan**
**910 Keith Lane**
**Santa Clara, CA 95054**


**Gloria Soto**
**252 North Belmont Avenue, Apt A**
**Los Angeles, CA 90026**


**Gregg Mickelson**
**6905 Forest Gate Street**
**North Las Vegas, NV 89084**


**Griken Ridge LLC**
**c/o Robin Griffin**
**6119 Ellen Drive**
**Pearland, TX 77581**

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101


I.R.S. Los Angeles Office
300 N. Los Angeles Street
Los Angeles, CA 90012


James Starr
175 Christenbury Lane
Clayton, NC 27527


Joan Leifheit
3035 Port Royal Lane
Knoxville, TN 37938


John Blair
2971 Leatherwood Drive
Kountze, TX 77625


John Blair
2971 Leatherwood Dr.
Kountze, TX 77625


Juanita Douse
2425 W. 115th Place
Hawthorne, CA 90250


Judy Ball
15420 Olde Hwy 80 # 247
El Cajon, CA 92021

**Karen Duran**
**1421 S. Sherman Street**
**Longmont, CO 80501**


**Karen L Hill**
**159 Bar M Ranch**
**Kendalia, TX 78027**


**Kay Wilson**
**9254 Robinson Lane**
**Corona, CA 92283**


**Leslie D. Haugstad**
**13535 Highway 101 South**
**Tillamook, OR 97141**


**Los Angeles County Tax Collector**
**PO Box 54110**
**Los Angeles, CA 90054**


**Lou Martinez (NO ADDRESS)**


**Louis Galynsky**
**21311 Mulholland Drive**
**Woodland Hills, CA 91364**


**MK Heating & Air**
**21354 Nordhoff St. # 109**
**Chatsworth, CA 91311**

**MLM 2016 Investment LLC**
**c/o Michael Morganthaler**
**3368 NW 172nd Terrace**
**Bray, OK 73012**


**Magali de la Torre Living Trust**
**3651 Berkshire Road**
**Pico Rivera, CA 90660**


**Mark Maranto**
**519 32nd Ave. North**
**Saint Petersburg, FL 33704**


**Mark Stout**
**2002 Brandt Road**
**Annville, PA 17003**


**Michael Jung**
**N 7112 Fordeg Rd Cambria**
**Cambria, WI 53923**


**Michael Kilcommons**
**151 Punkup Road, Oxford**
**Oxford, CT 06478**


**Michael S Driscoll**
**6342 Orangewood Trail**
**Saint Louis, MO 63129**


**Michelle Oliver (NO ADDRESS)**

Midland Credit Management
P.O. Box 939069
San Diego, CA 92193


Midland Funding
2365 Northside Drive, Suite 300
San Diego, CA 92108


Neicies 2016 LLC
FBO Denise Morganthaler
3368 NW 172nd Terrace
Bray, OK 73012


PR Newswire Association
350 Hudson Street  Suite 300
New York, NY 10014


PR Newswire Association
c/o Michael D. Frischer
14226 Ventura Blvd.
Sherman Oaks, CA 91423


Patti Dean G Wohlford
1027 Via Grande
Cathedral City, CA 92234


Paul A Shuty
20255 Sandalwood Lane
Strongville, OH 44149


Peggy S. Ramsey
101 Stadium View Drive
Greenville, SC 29609

Phil Mocon
1741 E. 141st Avenue
Brighton, CO 80602


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250


Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Norfolk, VA 23502


Robert Nicoll
24826 Jeronimo Lane
Lake Forest, CA 92630


Roseline Nath
4697 Tudor Rose Glen
Stockton, CA 95212


Rosolino Giamanco
1126 Patricia Dr.
Loveland, CO 80537


Rostislav Kaykov Esq.
c/o Benjamin Galynsky
4221 Wilshire Blvd. Suite 170-16
Los Angeles, CA 90010

Rostislav Kaykov Esq.
c/o Benjamin Galinsky
4221 Wilshire Blvd. # 170-16
Los Angeles, CA 90010


Sally Tower
739 Rodgers Circle
Platteville, CO 80651


Salvatore Pronesti
28 N. Frontenac Avenue
Margate City, NJ 08402


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St. # 900
Los Angeles, CA 90071-9591


Sharon Nycum
19117 Vista Grande Way
Porter Ranch, CA 91326


Shawn Patrick Jackson
21 Fieldhouse
Ladera Ranch, CA 92694


Sheldon Fisher
728 Fleetwood Dr.
Kingsport, TN 37660


Sparkletts
PO Box 660579
Dallas, TX 75266

**Spectrum**
**PO Box 60074**
**City Of Industry, CA 91716**


**State Board of Equalization**
**Special Operations Bankruptcy Team, MIC**
**PO Box 942879**
**Sacramento, CA 94279**


**Stephanie Disler**
**2976 Oak Hill Drive**
**Escondido, CA 92027**


**Synchrony Bank**
**P.O. Box 965036**
**Orlando, FL 32896**


**Synchrony Bank**
**P.O. Box 105972**
**Atlanta, GA 30348**


**Synchrony Bank (Bankruptcy Dept)**
**PO Box 965060**
**Orlando, FL 32896**


**Synchrony Bank Headquarters**
**170 West Election Road, Suite 125**
**Draper, UT 84020**


**Taylor Business Systems**
**21822 Lassen St. Unit B**
**Chatsworth, CA 91311**

Ted Kropp
363 Bay Shore Avenue
Long Beach, CA 90803


Thomas Mc Dermeit
432 Snoopy Lane NE
Salem, OR 97301


Thomas Mc Dermeit
P.O. Box 3172, Salem OR 97302
Salem, OR 97302


Time Warner Cable
Attn: Legal Dept or Corporate Officer
1 Time Warner Center
New York, NY 10019


Time Warner Cable Inc.
60 Columbus Circle
New York, NY 10023


TransUnion
P.O. Box 2000
Chester, PA 19016


U.S. Commodities Futures Trading Commission
4900 Main Street Suite 500
Kansas City, MO 64112


Ulla McKinney-Zachary
175 South Garden Way, Apt #217
Eugene, OR 97401

**Upstate Coin & Gold**
**511 E. Genesee St. Suite 13**
**Fayetteville, NY 13066**


**Wells Fargo Card Services**
**420 Montgomery Street**
**San Francisco, CA 94104**


**William Dick**
**11360 Stratton Road**
**Salem, OH 44460**


**Yvette Nicoll**
**24826 Jeronimo Lane, Lake Forest, CA 926**
**Lake Forest, CA 92630**

# United States Bankruptcy Court

_____
Central District of California

**In re** Capital Gold Group Inc.

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 7,500.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 7,500.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify) Jonathan Rose

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☑ Other (specify) Jonathan Rose

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

      d.   [Other provisions as needed]

Two consultations prior to filing the bankruptcy case, attorney present with client at the 341(a) meeting of creditors, review proof of claims and advise accordingly, drafting all necessary petitions and schedules but not amendments, coordinate with trustee's and court's requirements, give notice to creditors of relevant documents filed, and obtain the discharge order.

Fee disclosed above includes the following services which have already been rendered:
- 4 hours to prepare petition over the course of several weeks in drafting schedules.  Attorney has spent nearly 15 hours in preparation for this filing.
- Four (in-person consultations with debtor's insiders (each 1-2 hours minimum) = total in-person meetings lasted 5 hours.
- Review all bank statements / tax returns and corporate documents.
- Attend all meetings of creditors with the trustee
- Draft summary of the case outlining assets and debts for the trustee and U.S. Trustee
- Analysis of all claims against the debtor
- Review all claims against the estate to include in Schedule B
- Upon filing, review claims [however objecting to the claims and attending hearing is not included]
- Draft amendments to schedules and SOFA and reserve new creditors, if necessary
- Phone calls with creditors re: claims and case status
- Communicate with the trustee and cooperate with clients in meeting with trustee to outline all claims held by the estate against other
- Review all judgments and pending orders the estate may have an interest in
- Communicate with CFTC for subpoena issues pending against the debtor for breach of data warranty claim
- Attend all court hearings and status conferences but for those excluded below.
 - Fee includes prepetition legal services rendered that is outstanding balance.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Does not include adversary proceedings, objecting to claims, representation of the insiders is not included plus other excluded items as disclosed to the clients in retainer agreement.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/23/2019

**Date**

**Signature of Attorney**

Law Office of Sevan Gorginian

**Name of law firm**

450 North Brand Blvd.
Suite 600
Glendale, CA 91203
sevan@gorginianlaw.com